

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00347-CV

**IN THE INTEREST OF L.J.G.**, S.A.M., and A.C.F., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00420
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are unable to afford payment of costs of court; no costs are taxed in this appeal.

SIGNED November 18, 2019.

_____
Patricia O. Alvarez, Justice